## 45434.   PASS v. THE STATE.

HALL, Presiding Judge. Defendant appeals from the judgment revoking his sentence of probation under the First Offenders Act and sentencing him to the penitentiary.

The evidence does not support defendant's contention that he was not informed and advised of the consequences of his submitting to the terms of sentence under the First Offenders Act. *Durden v. State,* 42 Ga. App. 442 (156 SE 731); *Taylor v. State,* 59 Ga. App. 1 (200 SE 237).

*Judgment affirmed. Deen and Evans, JJ., concur.*
SUBMITTED JULY 9, 1970—DECIDED JULY 15, 1970.

*Edward Lang,* for appellant.
*Richard Bell, District Attorney, Eugene Highsmith,* for appellee.